IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER FERNANDEZ,

    Plaintiff,

v.                                                                                                              No. 24-cv-0702-KG-SCY

PNM WARDEN, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

    This matter comes before the Court on Plaintiff's Prisoner Civil Rights Complaint (Doc. 1). Plaintiff is incarcerated and proceeding *pro se*. The Clerk's Office previously mailed Plaintiff a blank *in forma pauperis* motion – as he has not prepaid the civil filing fee – but he did not return the form. Within thirty (30) days of entry of this Order, Plaintiff must prepay the $405 civil fee, or alternatively, file a completed motion to proceed *in forma pauperis*. Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings should include the case number (24-cv-0702-KG-SCY) and be labelled as legal mail. The failure to timely comply with this Order may result in dismissal without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must prepay the $405 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month inmate account statement.

_____
UNITED STATES MAGISTRATE JUDGE